# United States District Court
## Violation Notice

| CVB Location Code |
|---|
| M10 |

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| F0JW000D | Buzzell | 2635 |

F0JW000D

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 03/18/2026 16:43 | FED 36CFR261.10Q |

Place of Offense
Larch Camp Road

Offense Description: Factual Basis for Charge
Minor in possession on marijuana paraphernalia.

HAZMAT ☐

## DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| DESCHAMPS | Kyle | T |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|

☐ Adult  ☐ Juvenile  Sex ☐ M ☐ F  | Race | Hair | Eyes | Height | Weight |

## VEHICLE

VIN:  CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| EFD125 | MT | 2016 | MAZD/6 | ☐ | BLK |

| A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite). | B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite). |
|---|---|
| | $ 250.00  Forfeiture Amount |
| | $ 30.00  Processing Fee |
| PAY THIS AMOUNT | $ 280.00  Total Collateral Due |

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Previous edition is obsolete     Original - CVB Copy     FS-5300-4 (7/05)

F0JW000D

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ___03/18/2026___ while exercising my duties as a law enforcement

officer in the _____ District of ___MT___

Pursuant to 16USC 551:

VN: F0JW000D
DESCHAMPS, Kyle T.
DOB: 6/5/2005

Kyle T. DESCHAMPS was cited for:
- 36 C.F.R. § 261.10(Q) - POSSESSION OF DRUG PARAPHERNALIA
  (Violation of state law, Minor in possession of Marijuana paraphernalia.)

Kyle T. DESCHAMPS was warned for:
- 36 C.F.R. § 261.12(G) – Operating a motor vehicle in violation of state law
  (expired vehicle registration.)

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Wednesday, March 18, 2026, at approximately 1645 hours, while performing my duties as a uniformed Law Enforcement Officer in the Judicial District of Montana, within the boundaries of the Lolo National Forest, Missoula Ranger District, on Larch Camp Road, I, U.S. Forest Service Law Enforcement (USFS) Officer Buzzell along with USFS Law Enforcement Officer Scholz, observed a black Mazda with a sedan body, license plate Montana EFD125, parked on the side of the road.

I noticed two men sitting in the vehicle, and I went to do a welfare check on them. As I walked around the vehicle I could smell a strong order of marijuana. We had the passenger and the driver, later identified by MT driver's license as Kyle T. DESCHAMPS, exit the vehicle to conduct a search of it.

During my search I observed a marijuana grinder containing a guitar pick, nickel, a blue

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:

___03/18/2026___
Date (mm/dd/yyyy)                Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:

_____
Date (mm/dd/yyyy)                U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;        PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;        CMV = Commercial vehicle involved in incident